■ The People of the State of New York, Respondent, v Windell Harris, Appellant. [855 NYS2d 409]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about January 31, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Williams and Acosta, JJ.